# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>  Defendants. | Case No.: 2:17-cv-01718-KJM-KJN<br><br>ORDER DENYING WITHOUT PREJUDICE STIPULATION AND REQUEST FOR RELIEF FROM COURT ORDER REQUIRING VDRP |

The request and stipulation of plaintiff SCOTT JOHNSON and defendant STARBUCKS CORPORATION that the parties be relieved of this court's order requiring VDRP is denied for lack of any meaningful information or explanation as to why the parities believe participation in VDRP would be futile. The parties may renew their request with explanation, if they are able.

IT IS SO ORDERED.

DATED: November 29, 2017.

_____
UNITED STATES DISTRICT JUDGE