UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:17-cv-01718-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| STARBUCKS CORPORATION, | |
| Defendant. | |

The court is in receipt of the parties' joint status report, ECF No. 61. The parties have agreed that plaintiff will voluntarily dismiss his claims relating to defendant's door hardware and withdraw portions of his pending motion for summary judgment pertinent to those claims. *Id.* at 2. The parties have also agreed to stay this action pending resolution of the appeal in *Johnson v. Blackhawk Centercal* (3:17-cv-02454-WHA). *Id.*

Accordingly, the court STAYS this case and VACATES all pending deadlines and hearing dates. The parties are ORDERED to file a joint status report within seven (7) days of *Blackhawk*'s resolution. Plaintiff's motion to stay, ECF No. 60, is DENIED as MOOT. The parties' cross-motions for summary judgment, ECF Nos. 40, 48, are DENIED as MOOT and subject to renewal, if appropriate, when the stay is lifted.

IT IS SO ORDERED.

DATED: June 18, 2019.

UNITED STATES DISTRICT JUDGE