UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | **Case No**. 2:17-CV-01718-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10, | |
| Defendants | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file dispositional documents shall be extended up to and including to May 26, 2021.

**IT IS SO ORDERED.**

DATED: May 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE